IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| In re Terrorist Attacks on September 11, 2001 | Case Number |
|---|---|

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Partial and/or full judgment as to Defendant Islamic Republic of Iran has been granted and ordered for select plaintiffs. This matter is still ongoing. On October 28, 2019, the Court entered an Order approving the "Iran Short Form Complaint" that is filed herewith. (See ECF No. 5234 in 1:03-md-01570-GBDSN).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed action is a civil case against the Defendant, the Islamic Republic of Iran, and the Plaintiffs in the newly filed action are asserting the same factual and jurisdictional allegations, including all causes of action, as set forth in the amended complaint in Burnett v. Islamic Republic of Iran, 1:15-cv-09903- GBD-SN (see ECF No. 53) which is part of the earlier filed multi-district litigation, 1:03-md-01570-GBD-SN.

The instant complaint and this Statement are being filed in accordance with the Court's directive of October 28, 2019. (See ECF No. 5234 in 1:03-md-01570-GBD-SN). According to that Order, this newly filed action is related to the 1:03-md-01570-GBD-SN action.

Signature: /s/ Barry Salzman Date: January 13, 2020

Firm: Barasch & McGarry, P.C.